IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| REGINA NACHAEL HOWELL FOSTER, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-800 |
| v. | § § | |
| MACKIE WOLF ZIENTZ & MANN, P.C., | § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant Mackie Wolf Zientz & Mann, P.C. ("Defendant" or "MWZM") files this notice of the removal from the 48th Judicial District Court, Tarrant County, Texas. Removal is based on federal question jurisdiction pursuant to 28 U.S.C 1331. Defendant respectfully shows as follows:

### I.   INTRODUCTION

1.   On or about July 24, 2023, Regina Nachael Howell Foster ("Plaintiff") filed *Plaintiff's Third Amended Verified Petition* (the "Petition") bearing Cause No. 048-317495-20 in the 48th Judicial District Court, Tarrant County, Texas, styled *Regina Nachael Howell Foster v. Mackie Wolf Zientz & Mann, P.C.* (the "State Court Action").  A true and correct copy of the Docket Sheet from the State Court Action is attached hereto as **Exhibit A**. In accordance with 28 U.S.C. Section 1446(a), copies of all process, pleadings, and orders served in the State Court Action are attached hereto within the contents of **Exhibit B**.

2. The allegations in the Petition relate to a deed of trust and foreclosure proceedings on real property and improvements located at 3325 Stoneway Drive, Grand Prairie, Texas 75052, and more particularly described as:

> BEING LOT 2, BLOCK F OF FORUM 111-A, AN ADDITION TO THE CITY OF GRAND PRAIRIE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET A, SLIDE 3780, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.

(the "Property"). (*See generally, Petition*.) In the Petition, Plaintiff alleges that the prior Deed of Trust on the property is void, that Defendant wrongfully foreclosed on the Property and that Defendant filed a "misleading and deceptive" Foreclosure Sale Deed of the Property in the public records of Tarrant County, Texas knowing that it was invalid. (*See* Petition at ¶¶ 1-29.) Plaintiff's claims include denial of due process & equal protection under the fourteenth amendment to the United States Constitution; violation of homestead rights under the Texas Constitution; breach of duty of absolute impartiality and fairness; intentional infliction of emotional distress; violations of the Texas Fair Debt Collection Practices Act §392.202; and violations of the Texas Civil Practice and Remedies Code. (*See* Petition at ¶¶ 31-36.) Plaintiff requests actual damages, compensatory damages, consequential damages, incidental damages, punitive damages, exemplary damages, pre and post judgment interest, costs of suit and attorney's fees. (*See* Petition at Damages and Prayer.)

3. This Notice of Removal is timely because thirty (30) days have not expired since the Petition was filed, making removal proper in accordance with 28 U.S.C. Section 1446(b).

4. This action is removable to federal court pursuant to federal question jurisdiction conferred by 28 U.S.C. § 1331.

## BASIS FOR REMOVAL – FEDERAL QUESTION

5. This action arises under and presents substantial questions of federal law. Federal jurisdiction exists "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).

6. Plaintiff on the face of her Petition alleges that Defendant violated the U.S. Constitution by allegedly violating her 14th amendment right to due process. (*See Petition* ¶ 32.)

7. Because this action arises under the laws of the United States, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1331, and removal of this entire cause is therefore proper under 28 U.S.C Section 1441(c). The Court has supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367.

## VENUE

8. Venue for removal is proper in this district and division, the United States District Court for the Northern District of Texas, Fort Worth Division, under 28 U.S.C. Section 1441(a) because this district and division embraces the 48th Judicial District Court, Tarrant County, Texas, the forum in which the removed action was pending.

## NOTICE

9. Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice is being filed with the Clerk of Court for the 48th Judicial District Court, Tarrant County, Texas.

10. The contents of Exhibit B constitute the entire file of the State Court Action.

## CONCLUSION

For the reasons described above, Defendant respectfully requests this Court take jurisdiction over this matter and proceed as if it had been originally filed herein.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650
214-635-2686 (Fax)

**ATTORNEYS FOR DEFENDANT**

## LIST OF ALL KNOWN COUNSEL OF RECORD:

For Plaintiff:

Regina Nachael Howell Foster
3325 Stoneway Drive
Grand Prairie, Texas 75052
Telephone: 817-217-3933
rnachael@gmail.com
*Pro Se Plaintiff*


For Defendant Mackie Wolf Zientz & Mann, P.C.

Mark D. Cronenwett
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

# INDEX OF DOCUMENTS ATTACHED

Exhibit A — Copy of the Docket Sheet for Cause No. 048-317495-20 in the 48th Judicial District Court of Tarrant County, Texas;

Exhibit B — State Court Filings in Cause No. 048-317495-20 in the 48th Judicial District Court of Tarrant County, Texas;

- B-1   Severance Request, June 18, 2020;
- B-2   Plaintiff's First Amended Verified Petition and Application for Temporary Injunctive and Injunctive Relief, filed April 17, 2017;
- B-3   Ex Parte Temporary Restraining Order and Order Setting Hearing for Injunctive Relief [Proposed Order], filed April 17, 2017;
- B-4   Defendant Mackie Wolf Zientz & Mann,, P.C.'s Original Answer, filed April 17, 2017;
- B-5   Mackie Wolf Zientz & Mann, P.C.'s Rule 91a Motion to Dismiss, filed April 17, 2017;
- B-6   Cover Letter to Notice of Hearing, filed April 17, 2017;
- B-7   Mackie Wolf Zientz & Mann, P.C.'s First Amended Rule 91a Motion to Dismiss, filed April 27, 2017;
- B-8   Plaintiff's Response to Defendant Mackie Wolf Zientz & Mann, P.C.'s Motion to Dismiss, filed May 19, 2017;
- B-9   Notice of Removal Coversheet, dated May 22, 2017;
- B-10  Cover Letter to Order Remanding Case Bank to 48th District Court of Tarrant County, Texas, filed June 26, 2017;
- B-11  Order Setting Case for Trial; entered July 3, 2017;
- B-12  Emergency Motion for Order Setting Hearing Date for Application for Temporary Injunctive Relief Pending Trial on Merits, filed August 11, 2017;
- B-13  Deputy Reporter Log, filed August 25, 2017;
- B-14  Plaintiff's Motion for Reconsideration of Denial of Temporary Injunctive Relief Pending Trial on the Merits, filed September 18, 2017;

B-15  Notice of Hearing, entered September 18, 2017;

B-16  Notice of Hearing, entered September 21, 2017;

B-17  Order Denying Temporary Injunction and Denying Plaintiff's Motion for Reconsideration, entered September 27, 2017;

B-18  Request for Findings of Fact and Conclusion of Law Pursuant to Tex. R. Civ. P 296 on the Order Denying Plaintiff's Motion for Reconsideration of Denial of Temporary Injunctive Relief Pursuant to Tex. Civ. Prac. Rem Code 65.042 Pending Trial of the Merits filed October 10, 2017;

B-19  Motion to Recuse Visiting Judge Fred Davis from the Above Styled and Numbered Cause, filed November 6, 2017;

B-20  Order Setting Hearing, entered November 10, 2017;

B-21  Order Denying Motion to Recuse, entered November 22, 2017;

B-22  Defendant's No Evidence Motion for Summary Judgment, filed January 11, 2018;

B-23  Notice of Hearing on Defendant's No Evidence Motion for Summary Judgment, filed January 18, 2018;

B-24  Response to Macki Wolf No Evidence Motion for Summary Judgment, filed March 5, 2018;

B-25  Second Amended Notice of Hearing, filed March 8, 2018;

B-26  Defendant's Amended No Evidence Motion for Summary Judgment, filed March 12, 2018;

B-27  Order Granting Amended No Evidence Motion for Summary Judgment, entered April 25, 2018;

B-28  Plaintiff's Motion for New Trial in Connection with April 25, 2018 Order Granting Defendant Mackie Wolf's Amended Motion for Summary Judgment and No Evidence Motion for Summary Judgment, filed May 25, 2018;

B-29  Order Setting Hearing by Submission, entered March 7, 2019;

B-30  Defendants Substitute Trustees' Response to Plaintiff's Motion for New Trial on the Aprill 26, 2018 Order Dismissing Claims with Prejudice and Adjudging and Decreeing that Foster Take Nothing on Her Claims Entered

|  |  |
|---|---|
|  | by Default on Claims Asserted Against The Listed Substitute Trustees Under Tex. Prop. Code 51.0074 and TEX.PROP.CODE 51.007, filed March 21, 2019; |
| B-31 | Amended Reply to Defendant Substitute Trustee's Response to Plaintiff Motion for New Trial, filed March 17, 2019; |
| B-32 | Order Denying Motion for New Trial, entered April 9, 2019; |
| B-33 | Plaintiff's Motion to Set Aside Interlocutory Order No Evidence Summary Judgment for Intrinsic Fraud, filed April 7, 2020; |
| B-34 | Scheduling Order Regarding Motion(s) by Written Submission, entered April 22, 2020; |
| B-35 | Notice of Appearance of Attorneys for Defendant, filed May 13, 2020; |
| B-36 | Defendant Mackie Wolf Zientz & Mann, P.C.'S Response to Plaintiff's Motion to Set Aside Interlocutory Order and No Evidence Summary Judgment for Intrinsic Fraud, filed May 13, 2020; |
| B-37 | Plaintiff's Motion to Strike & Objection to Defendants Response to Plaintiff's Motion to Set Aside No Evidence Summary Judgment for Intrinsic Fraud, filed May 20, 2020; |
| B-38 | Defendant Mackie Wolf Zientz & Mann, P.C.'S Response to Plaintiff's Motion to Strike and Response to Plaintiff's Objection to Defendant's Motion to Set Aside Interlocutory Order and No Evidence Summary Judgment for Intrinsic Fraud, filed May 20, 2020; |
| B-39 | Order Denying "Plaintiff's Motion to Set Aside Interlocutory Order No Evidence Summary Judgment For Intrinsic Fraud", entered May 21, 2020; |
| B-40 | Notice of Related Case, filed July 15, 2020; |
| B-41 | Motion for New Trial, filed July 17, 2020; |
| B-42 | Notice of Appeal, filed September 14, 2020; |
| B-43 | Letter from Court of Appeals, Second District of Texas, dated September 17, 2020; |
| B-44 | Designation of Items to be Included in the Clerk's Record In The Appeal of The Final Judgment, filed September 25, 2020; |
| B-45 | Clerk's Record E-Filed, filed September 29, 2020; |

B-46   Judgment and Opinion, In the Court of Appeals, Second Appellate District of Texas at Fort Worth, entered March 25, 2021;

B-47   Defendant's Hybrid Motion for Summary Judgment, filed April 14, 2021;

B-48   Notice of Submission on Defendant's Motion for Summary Judgment, filed April 15, 2021;

B-49   Order Setting Summary Judgment Motion(s) on Written Submission, entered April 16, 2021;

B-50   Cross Motion for Summary Judgment, filed May 14, 2021;

B-51   Defendant's Response to Plaintiff's Cross Motion for Summary Judgment, filed May 25, 2021;

B-52   Proposed Order Denying Plaintiff's Cross Motion for Summary Judgment, filed May 25, 2021;

B-53   Response to Mackie Wol's Motion for Summary Judgment, filed May 25, 2021;

B-54   Defendant's Reply in Support of Plaintiff's Motion for Summary Judgment, filed June 1, 2021;

B-55   Motion to Strike the Affidavit of Michael Zientz & Reply to Mackie Wolf's Response to Plaintiff's Cross Motion for Summary Judgment filed June 1, 2021;

B-56   Notice of Hearing by Submission, filed June 3, 2021;

B-57   Defendant's Response to Plaintiff's Motion to Strike Affidavit of Michael Zientz and Sur-Response to Defendant's Response to Plaintiff's Cross Motion for Summary Judgment, filed June 4, 2021;

B-58   Order Resetting Hearing by Zoom Video Conferencing, entered June 29, 2021;

B-59   Mandate from the Court of Appeals, Second Appellate District of Texas at Fort Worth, dated June 9, 2021;

B-60   Letter from Court of Appeals, Second District of Texas, dated July 9, 2021;

B-61   Order Denying Plaintiff's Cross Motion for Summary Judgment, entered July 30, 2021;

| | |
|---|---|
| B-62 | Order Denying Plaintiff's Motion to Strike Affidavit of Michael Zientz, entered July 20, 2021; |
| B-63 | Order Denying Defendant's Hybrid Motion for Summary Judgment, entered August 9, 2021; |
| B-64 | Notice of Appearance of Attorneys for Defendant, filed August 11, 2021; |
| B-65 | Plaintiff's Hybrid Motion for Summary Judgment, filed April 27, 2022; |
| B-66 | Order Setting Summary Judgment Motion(s) on Written Submission, entered April 28, 2022; |
| B-67 | Notice of Hearing by Submission, filed April 28, 2022; |
| B-68 | Defendant's Response to Plaintiff's Hybrid Motion for Summary Judgment, filed May 13, 2022; |
| B-69 | Defendant's Cross Motion for Summary Judgment, filed May 13, 2022; |
| B-70 | Amended Order Setting Summary Judgment Motion(s) on Written Submission, entered May 16, 2022; |
| B-71 | Plaintiff's Response to Cross Motion for Summary Judgment, filed May 25, 2022; |
| B-72 | Plaintiff's Reply Mackie Wolf's Response to Plaintiff's Hybrid Motion for Summary Judgment, filed May 26, 2022 |
| B-73 | Defendant's Amended Response to Plaintiff's Hybrid Motion for Summary Judgment, filed May 31, 2022; |
| B-74 | Plaintiff's Reply Mackie Wolf's Objection to Plaintiff's Objection to Unpleaded Claim, filed June 1, 2022; |
| B-75 | Defendant's Reply in Support of Its Cross Motion for Summary Judgment, filed June 2, 2022; |
| B-76 | Proposed Final Summary Judgment, filed June 7, 2022; |
| B-77 | Final Summary Judgment, entered July 24, 2022; |
| B-78 | Order Setting Case for Trial, entered October 26, 2022; |
| B-79 | Defendant's Special Exceptions to Plaintiff's First Amended Petition, filed November 23, 2022; |

NOTICE OF REMOVAL                                                                                      Page 10
MWZM: 16-002911-670

B-80 Certificate of Conference on Defendant's Special Exceptions to Plaintiff's First Amended Petition, filed January 23, 2023;

B-81 Order Regarding Trial Setting on May 1, 2023, and Order Setting Docket Call, entered April 4, 2023;

B-82 Joint Motion for Continuance of Trial, filed April 14, 2023;

B-83 Order Granting Joint Motion for Continuance of Trial, entered April 18, 2023;

B-84 Order Regarding Trial Setting on August 28, 2023, and Order Setting Docket Call, entered July 5, 2023;

B-85 Notice of Hearing on Defendant's Special Exceptions, filed July 6, 2023;

B-86 Plaintiff's Second Amended Verified Petition, filed July 12, 2023;

B-87 Plaintiff's Response to Special Exceptions, filed July 13, 2023;

B-88 Rule 11 Agreement, filed July 14, 2023;

B-89 Plaintiff's Third Amended Verified Petition, filed July 24, 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2023, a true and correct copy of the foregoing document was delivered via regular U.S. mail to the parties listed below.

Regina Nachael Howell Foster
3325 Stoneway Drive
Grand Prairie, Texas 75052
Telephone: 817-217-3933
rnachael@gmail.com
*Pro Se Plaintiff*

                         */s/ Mark D. Cronenwett*
                         **MARK D. CRONENWETT**